UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JASON MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06CV705TIA |
| ) | |
| BOARD OF POLICE COMMISSIONERS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff Jason Martin's Stipulation for Dismissal without prejudice (Docket #8) construed by the undersigned as a voluntary dismissal without prejudice is GRANTED.

**IT IS FURTHER ORDERED** that Defendant Board of Police Commissioner's Motion to Dismiss (Docket #5) is DENIED AS MOOT.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 14th day of December, 2006.